I respectfully dissent. The parties' dispute resolution agreement states:
 "The parties agree that in the event a dispute arises as to whether or not any claim, dispute, or controversy arising under the terms of this contract is subject to the arbitration provision set forth herein, the matter shall be decided by arbitration in the same manner and with the same effect as all other controversies arising hereunder."
The United States Supreme Court has determined that, if parties to a contract agree to submit the question of arbitrability to arbitration, the arbitrator should decide issues related to that question. First Options of Chicago, Inc. v. Kaplan,514 U.S. 938, 115 S.Ct. 1920, 131 L.Ed.2d 985 (1995). Specifically, whether a party has made a timely demand for arbitration should be determined by the arbitrator. Aluminum, Brick, GlassWorkers Int'l Union v. AAA Plumbing Pottery Corp.,991 F.2d 1545 (11th Cir. 1993). Therefore, I believe that the trial court erred in denying the motion to compel arbitration.
THOMPSON, J., concurs.